1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   FONDA WHITFIELD, and THE          )
    ESTATE OF DEON WHITFIELD, by       )    CIV. S-04-2729 GEB JFM
    Fonda Whitfield,                  )
10                                     )
                  Plaintiffs,          )
11                                     )
          v.                          )    ORDER VACATING CONSOLIDATION
12                                     )    AND RESCHEDULING FINAL
    STATE OF CALIFORNIA; STATE OF      )    PRETRIAL CONFERENCE AND
13                                     )    TRIAL IN CIVIL ACTION
    CALIFORNIA YOUTH AUTHORITY;        )    CIV. S-04-2730 GEB JFM
14  JERRY HARPER; WALTER ALLEN III;    )
    JEFF HARADA; DR. PARAGUAN;         )
15  HAMID SIAL, MD.; AND UNKNOWN       )
    EMPLOYEES AND AGENTS which are     )
16  named as DOES 1-100, inclusive,    )
                                       )
17                Defendants.          )
    _____)
18  ALAN FEASTER, GLORIA FEASTER, THE  )
    ESTATE OF DURRELL FEASTER, by      )    CIV. S-04-2730 GEB JFM
19  Alan Feaster and Gloria Feaster,   )
                                       )
20                Plaintiffs,          )
                                       )
21        v.                          )
                                       )
22  STATE OF CALIFORNIA; STATE OF      )
    CALIFORNIA YOUTH AUTHORITY;        )
23  JERRY HARPER; WALTER ALLEN III;    )
    JEFF HARADA; DR. PARAGUAN;         )
24  HAMID SIAL, MD.; AND UNKNOWN       )
    EMPLOYEES AND AGENTS which are     )
25  named as DOES 1-100, inclusive,    )
                                       )
26                Defendants.          )
    _____)
27
           Defendants object to the Order Consolidating Actions and
28
    Status (Pretrial Scheduling) Order ("Order") filed on April 20, 2005,

                                    1

Dockets.Justia.com

which consolidated these actions *sua sponte*.  Since Plaintiffs have
not responded to the objection within the time period prescribed for a
response,[1] the portion of the Order which consolidated the actions is
withdrawn *nunc pro tunc* as of the date of the consolidation.[2]

Further, the Status (Pretrial Scheduling) Order in the Order
applies to both actions except for the scheduling of the final
pretrial conference and trial dates in CIV. S-04-2730 GEB JFM.  The
final pretrial conference in CIV. S-04-2730 GEB JFM is rescheduled to
commence on October 16, 2006, at 3:30 p.m.  Trial in CIV. S-04-2730
GEB JFM is rescheduled to commence on January 30, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED:  June 3, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]    The Order provided Plaintiffs ten court days within which to respond to Defendants' Objection.  (Order at 10.)

[2]    Thus, the actions are related within the meaning of L.R. 83-123 but are not consolidated.

2