IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN FEASTER, GLORIA FEASTER, and THE ESTATE OF DURRELL FEASTER, by Alan Feaster and Gloria Feaster,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA; STATE OF CALIFORNIA YOUTH AUTHORITY; JERRY HARPER; WALTER ALLEN III; JEFF HARADA; DR. PARAGUAN; and HAMID SIAL, M.D.,<br><br>　　　　　Defendants. | 2:04-cv-2730-GEB-JFM<br><br>ORDER[*] |

In light of the pending Motion to Amend the Complaint filed September 1, 2006, the Status (Pretrial Scheduling) Conference scheduled for September 25, 2006, is rescheduled to commence at

/////
/////
/////
/////
/////

---

[*] This motion was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

9:00 a.m. on December 18, 2006.  The parties shall file a further joint status report no later than December 4, 2006.[1]

IT IS SO ORDERED.

Dated:  September 19, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The parties are reminded that "[t]he failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties."  (Status (Pretrial Scheduling) Order, April 20, 2006, at 7, n.5.)

2