```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   FONDA WHITFIELD and THE ESTATE OF  )   2:04-cv-2729-GEB-JFM
11 DEON WHITFIELD,                    )   c/w 2:04-cv-2730-GEB-JFM
                                      )
12           Plaintiffs,              )
                                      )
13      v.                            )   ORDER*
                                      )
14 STATE OF CALIFORNIA; STATE OF      )
   CALIFORNIA YOUTH AUTHORITY; JERRY  )
15 HARPER; WALTER ALLEN III; JEFF     )
   HARADA; DR. PARAGUAN; HAMID SIAL,  )
16 M.D.; et al,                       )
                                      )
17           Defendants.              )
                                      )
18                                    )
   consolidated with:                 )
19                                    )
   ALLEN FEASTER, et al.,             )
20                                    )
             Plaintiffs,              )
21      v.                            )
                                      )
22 STATE OF CALIFORNIA, et al.        )
                                      )
23           Defendants.              )
                                      )
24
```

       Lonnie Mathews, the sole living son of Plaintiff Gloria Feaster, seeks to be appointed as guardian ad litem to represent the

---

    \*    This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

```
 1  interests of his mother, Gloria Feaster, who subsequent to the entry
 2  of a settlement agreement in this action, had a stroke and became
 3  incompetent.  (Mathews' App. at 2:1-4.)  The Application is unopposed.
 4          "The court must appoint a guardian ad litem . . . to protect
 5  a[n] incompetent person . . . ."  Fed. R. Civ. P. 17(c)(2).  Since the
 6  Application reveals that it should be granted, Lonnie Mathews is
 7  hereby appointed as the guardian ad litem for Plaintiff Gloria
 8  Feaster.
 9          IT IS SO ORDERED.
10  Dated:  November 27, 2007
```

_____
GARLAND E. BURRELL, JR.
United States District Judge